FILED
IN THE OFFICE OF THE
CLERK OF SUPREME COURT
DECEMBER 9, 2021
STATE OF NORTH DAKOTA

# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 219

State of North Dakota,                                     Plaintiff and Appellee

v.

Andrew Jordan Rieger,                              Defendant and Appellant

No. 20210092

Appeal from the District Court of Benson County, Northeast Judicial District, the Honorable Lonnie Olson, Judge.

AFFIRMED.

Per Curiam.

James P. Wang, State's Attorney, Minnewaukan, ND, for plaintiff and appellee.

Nicholas D. Roller, Grand Forks, ND, for defendant and appellant.

**State v. Rieger**
No. 20210092

**Per Curiam.**

[¶1]   Andrew Jordan Rieger appeals from the denial of a motion of acquittal and a criminal judgment finding him guilty of corruption of a minor, victim over fifteen and adult over twenty-two, a class C felony under N.D.C.C. § 12.1-20-05(2). He argues the evidence is insufficient to sustain a guilty verdict, the minor victim is so untrustworthy that a reasonable factfinder would not credit her testimony, and it was error for the district court to rely on another witness for corroboration. Viewing the evidence in the light most favorable to the verdict, we conclude there is substantial evidence to support the verdict. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
      Gerald W. VandeWalle
      Daniel J. Crothers
      Lisa Fair McEvers
      Jerod E. Tufte